**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000052
25-JUN-2025
10:02 AM
Dkt. 25 ODSLJ**

NO. CAAP-25-0000052


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


STATE OF HAWAIʻI, Plaintiff-Appellee, v.
FRANCIS ANTHONY GRANDINETTI, also known as ALBERT
FERNANDEZ, also known as FRANK MYERS, also known as
FRANK IRANDINE, Defendant-Appellant


APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CASE NO. 3PC930000141)


ORDER
(By: Leonard, Acting Chief Judge, Hiraoka and Wadsworth, JJ.)

Upon review of the record, it appears that Defendant-Appellant Francis **Grandinetti**, representing himself, filed a *Notice of Appeal* from Judiciary Information Management System (**JIMS**) case no. 3PC930000141.  Grandinetti identifies no final judgment or order from which he seeks to appeal.  We take judicial notice of the record in JIMS no. 3PC930000141 under Rule 201, Hawaii Rules of Evidence, Chapter 626, Hawaii Revised Statutes.  No appealable judgment or order was entered in JIMS no. 3PC930000141 during the thirty-days before Grandinetti filed the Notice of Appeal.  See Hawaiʻi Rules of Appellate Procedure Rule 4(b)(1) ("In a criminal case, the notice of appeal shall be filed within 30 days after entry of the judgment or order appealed from.").

Therefore, IT IS HEREBY ORDERED that this appeal is dismissed for lack of jurisdiction.

IT IS FURTHER ORDERED that all pending motions are dismissed.

DATED: Honolulu, Hawai'i, June 25, 2025.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge